JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY ANTHONY MCNUTT, | ) | NO. CV 10-122 JFW (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TERRI GONZALEZ, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   February 7, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE